# Complaint

MARKTESE KING, Plaintiff, PRO SE

V. united States of america, et aL., Defendants
united States District Court foR the District of New Jersey

RECEIVED

MAR 17 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

(1)                    Complaint - Civil - lawsuit                    3-11-2021

I am housed At Fort Dix Federal correctional instution my name
is markiese-king # 50166-039. my complaint come's forth about (A)
staff member At Fort Dix sexual-harasment, sexual comments, Intimidation
creepy Grins, sexual ways when the officer looks At me. I work very
hard At my Job with flying colors, I work At A building call'ed unicor
were I sew cloth's for the united-states army. I've been working unicor
for over 4 years - Dureing my incaratition In Prison and the Remaining
At other Prison instutions. This incident Im about to explain happened At
my Job - unicor - I was working very hard one morning when officer
X. Ponca call me in his office I shut the door due to loud noise
in the sewing factory and officer [Ponca] looks At me with And
creepy Grin on his face so I break the silence between us and ask
what's the Problem. officer [Ponca] stated He heard I be in Dark tv
Rooms late night in the Mexicons tv Room with the tv off lights off with A
Transgender and his sources tell him the Truth. I look'ed At officer X.
Ponce in disbeleif totaly disrespect I told-[officer Ponce] dont Ever
disrespect me like that again Period And then I excuse my self from
his office I whent back to my station and continued to work hard. I
let other inmate's no so they can be aware of what Just took place. Days
later [officer Ponce] start telling the hold entire factory even staff
member's. I approach [officer Ponce] and ask him to Please stop
minutes later I was called in his office again and he ask me
Do I know how It Feel Being inside A man - his word-from word
was man-Joina and he said its nothing wrong with it dont
knock it until you try it. [officer Ponce] said to me its the
same feeling as a woman nothing different I was so In shock
that this officer Just said to me I stood there shakeing and
he told me are the tattoos on my hands new I stated no he

(2)

Grab My left hand held it on his hands both hands CORREST My left hand like if I was A woman or his woman and asked Me again Ps My tattoos New He Rub over my tattoo again witch Meon He touching My honds Pn A Sexual manner I then Immediately Removed my hand and before I left [OFFICER PONCE] office He states and say the hald world is changeing you will one day understand what IM saying. On the RECORD [OFFICER PONCE] DiD not offer ME anything NO Money or nothing He Just Kept Saying Sexual comments, intimidaten me, and Continued to harrase me everyday until I Quit. THE VERY NEXT day I ask a officer WHO NAME is [B. WINN] Con I tAIK to him about A Sexual comments and [OFFICER Ponce] touching My hands Pn a CoRRESting MannER. [OFFICER B. WINN] let ME Pn his office and ask me whats the PRobiem I let him know EVERYthiNG whats Going on with ME and [OFFICER. PONCE]. I then ask Con He Call my Counseior [OFFICER B. WINN] Call'ed over the Radio to My unit I was assign to 5841 A NOTHER OFFICER CAME a cross the Raido and Stated that My Counseior is Not theke. I then ask [OFFICER. B. WINN] CAN He CONTACt Phycology Officer, B. WINN CAlled over to Phycolog Ind Seconds lATER handed the Phone to me I then Grab the Phone ond Phycology ask Me do I wont to Committ Sucide I stated know ond he ask me whats my Phobiem I told Phycolog I do NOT wont to taih infornt of Officer [B. WINN] and con they come see me Please He then ask me Ps at important I stated YES and minutes later I was Called to the liEutenant Office to SPEAK with Phycology. WHEN I ARRIVE to the lieutenont office I SPOKE with An Phycology wowon WERE She then took My Statement At the time, I was ASK do I wont to File A P.R.E. I Stated YES and I then was SENt to Medical to SEE the

(3)

Doctor WERE the doctor took down a nother statement and then cleared for me to Go back to my unit. AFTER the [P.R.E.A] was filed Some how [OFFicer · Ponce] found out that I filed An [P.R.E.A] and from that day on he has been harrasing me, Intimidateing me and Trying to Retaleate and white me up for anything. He Kept Sending Compound on to my room they will Search my Room and leave it A mass. [OFFicer Ponce] will then come to work brag about it and walk Poss me every day Monday - friday with intimidateing looks and if looks can kill [officer Ponce] would have killed me everyday I Reported this to Phycology multiple times I Mean multiple multiple times and nothing has been done. Phycology told me it's nothing they can do it's out of there hands. I filed THE [P.R.E.A] Incident around the begining of September 2020 and September 30 2020 Me and another Inmate was sent to the SPECIAL houseing unit witch is called the S.H.U-A.K.A- HOLE I dont no why I was Place in the S.H.u and for days staff members Never let us no why Im back here. Come to find out officer [Ponce] convince A Elderly Inmate who name is RiKER who AGE is around 70 who can barely walk use A cain to file A [P.R.E.A] on Me and a nother Inmate. I spent from 9-30-20 to 10-21-20 in the hole behind this false incident that was A 100% lie and found to be unsubstantiated. Dureing my time in the S.H.u I was interviewed by Prison staff S.I.S Dureing the interview S.I.S Ask me what happen I stated I dont know and officer who work S.I.S stated and said all this hold false P.R.E.A complaint is [bullshit] I told S.I.S that mr Riker was force by Ponce to file on me to make me look bad befor I even said Ponce name S.I.S

4)

had already ask me who do I think Put Mr. Riker up to this because they know this P.R.E.A Against Me is false S.I.S said out his own mouth who do I think did it [Ponce] Reminder I never said Ponce to S.I.S. So from Right there on I new I was sat up by Ponce. When I was Release from the S.H.U I seen Psychology walking and I stop her explained to her what happen and ask con she add it to the P.R.E.A Report Please. Dureing several months I kept makeing complaints to Psychogy about this officer. Dureing January 2021 or Feburary 2021 Prichogy woman dark skin woman worked my unit I come down stairs and knock on the office door she told me to come in I come in she stated for me to shut the door I shut the door and she ask me whats going on I ask her was she Psychogy and she stated that she is the Psychogy secatary and I explained my complaint about [officer Ponce] to her and she then ask was all this handled and how long this been going on I explained it to her and then I left 5 minutes later I was called on the loud speaker to Report to the officer station were she's located. I go to the officer station and I was Reported to go to the lieutenant office I went to the lieuteant office and Lt. maraccoo ask me whats the Problem In a aggressive tone I told him what was the Problem and Lt maraccoo told me why did I tell Psychogy this and I stated because she Psychogy and he told me that I was not to talk to her about and thing pretaing Psychogy Period I then states and say Why not She Psychogy the lieuteant told me while she work my unit she not Psychogy She's a unit officer and talk to her about unit things not nothing dealing with a nother department the lieuteant the ask me to go back to my unit in a aggrsive tone.

(5)

I went back to my unit as I was told and when I got back to the unit the Psychology officer ask me did everything go ok and I explain to her what happen She then said Well it's nothing more She could do and I told her I understand and thank You and I ask her can She add what Just happen in the P.R.E.A Report and She said Yes and I then left her office. Fort Dix kept me ahound officer X. Ponce from September 2020 when the P.R.E.A was filed all the way until 3-3-21 When I Quit work because I felt uncomfortable and not Protected I felt unsafe I feel use less Im Depress - Im stressed and Im Mentally Scared. I been Stressing so much I even thought about killing Myself all the inmates make fun of me now and my life Just dont seem the same any more. until this day no one have come to talk to me about this matter or no Investigation been Done I filed a B-P-8 Remedy complaining to my Counsilor and no Reply I wrote the P.R.E.A office I wrote the Region and no answers. I ask unit team for my administrative Remedy they tell me ok and Never Bring any. Fort Dix mishandled my Report of Sexual harassment, Sexual comments, harrasing and intimidating me and failing to investigate the P.R.E.A Regulations and Report and an Incomplete investigation Dealing with An [BOP] staff member, and Never Seperated me or the officer instead kept us ahound each other for Several monthis. I do have multiple witnesses.

Inmate (1) Preenston Dempsey, (2) Sean lyons, (3) Fredrick Phillips, (4) Deonta Jordan, (5) Earnest Carpenter (6) John Boom, (7) Kodi Johnson, (8) Charles Wallace (9) Jerry vega, (10) adam Jordan.

(6)

I Come before this court and ask Your honor for appointment of Counsel for this Serious matter.

The Defendants on this complaint names are follow ↓

(1) X. Ponce
(2) Psychology Department
(3) associAE warden. DR Kodger
(4) BOP

I hereby ask the court to [ Grant ] my complaint and Appointment of counsel for the forgoing matter.

Summit 3-11-2021

Markiese King

Sign MARKIESE KinG.
# 50166-039



Joint Base N.D.L NJ 08640

Trenton P&DC NJ 086
MON 15 MAR 2021 PM

X-RAYED

Court House

ClARkson S. Fisher Feder
and court house 402 East state
TRenton NJ. 08608 - 1507